UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

ALEX GUZMAN, :

    Petitioner : CIVIL ACTION NO. 3:21-1577

v. : (JUDGE MANNION)

WARDEN STEPHEN SPAULDING, :

    Respondent :

## ORDER

In accordance with the Memorandum issued this date, **IT IS HEREBY ORDERED THAT**:

1. Guzman's petition for a writ of habeas corpus pursuant to 28 U.S.C. §2241 (Doc. 1) is **DISMISSED WITHOUT PREJUDICE** as unexhausted.

2. The Clerk of Court is directed to **CLOSE** this case.

*s/ Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**Dated: December 29, 2021**
21-1577-01-ORDER